UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CATALANO SR., RICHARD JOHN | § | Case No. 12-01749 |
| CATALANO, CHERYL LYNN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                        CLERK OF THE COURT
                        219 South Dearborn
                        Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 12/06/2013 in Courtroom ,
                        Joliet City Hall
                        150 West Jefferson, 2nd Floor
                        Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/29/2013          By: CLERK OF THE COURT


Peter N. Metrou, Trustee
123 W. Washington Street
Suite 216
Oswego, IL 60543

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:    §
         §
CATALANO SR., RICHARD JOHN    §    Case No. 12-01749
CATALANO, CHERYL LYNN    §
         §
         §
    Debtor(s)    §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 30,900.87 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 30,900.87 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $ 3,708.69 | $ 0.00 | $ 3,708.69 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 22.70 | $ 0.00 | $ 22.70 |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD | $ 984.00 | $ 0.00 | $ 984.00 |

|  |  |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 4,715.39 |
| Remaining Balance | $ 26,185.48 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 841,971.83  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  3.1  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Express Bank, FSB | $ 1,435.84 | $ 0.00 | $ 44.65 |
| 000002A | The PrivateBank and Trust Company | $ 840,535.99 | $ 0.00 | $ 26,140.83 |
| | Total to be paid to timely general unsecured creditors | | | $ 26,185.48 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

    Prepared By: /s/Peter N. Metrou
Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                                United States Bankruptcy Court
                                 Northern District of Illinois
In re:                                                                   Case No. 12-01749-BWB
Richard John Catalano, Sr.                                               Chapter 7
Cheryl Lynn Catalano
        Debtors                           CERTIFICATE OF NOTICE
District/off: 0752-1           User: nmolina                Page 1 of 2                 Date Rcvd: Oct 30, 2013
                               Form ID: pdf006              Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2013.
db/jdb       +Richard John Catalano, Sr.,    Cheryl Lynn Catalano,    3108 South Route 59,   Suite 124-173,
               Naperville, IL 60564-8021
18378227     +American Express,    American Express Special Research,    Post Office Box 981540,
               El Paso, TX 79998-1540
19531007      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
18378228     +BAC Home Loan Servicing LP,    1800 Tapo Canyon Rd,    Mail ID #Ca6-914-01-43,
               Simi Valley, CA 93063-6712
18687002     +BANK OF AMERICA, N.A,    Andrew J. Nelson,    PIERCE & ASSOCIATES, P.C.,
               1 North Dearborn, Suite 1300,    Chicago, Illinois 60602-4373
18378229      Bank of America,   P.O. Box 17220,    Baltimore, MD 21297-1220
18378234     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: CitiBusiness,     Attention: Bankruptcy,   Po Box 20507,
               Kansas City, MO 64915)
18378230     +Chase,   201 North Walnut Street,    Wilmington, DE 19801-2920
18378232     +Chase,   201 North Walnut Street,    De1-1-28,   Wilmington, DE 19801-2920
18378231     +Chase,   201 North Walnut Street,    De1-1027,   Wilmington, DE 19801-2920
18378233     +Chase Manhattan Mortgage,    Attention: Bankruptcy Department,    Post Office Box 24696,
               Columbus, OH 43224-0696
18378237     +Codilis & Assoc.,    15W030 North Frontage Rd #100,    Willowbrook, IL 60527-6921
18378240     +First National Bank Credit Card Center,     Attention: Bankruptcy Department,
               1620 Dodge St. Stop Code: 3105,    Omaha, NE 68175-0001
18378241     +First National Bank of Hot Springs,    Post Office Box 22090,
               Hot Springs National Park, AR 71903-2090
18378242     +Golden Eagle Community Bank,    PO Box 1930,    Woodstock, IL 60098-1930
18378243     +Harris Bank/Chrysler,    Post Office Box 6201,    Carol Stream, IL 60197-6201
18378244     +Harris na,   BMO-Harris Bank/Attention: Legal,     1100 West Monroe Street,
               Chicago, IL 60607-2507
18378245     +Jeffrey Burger,   428 S. Courtland Avenue,    Park Ridge, IL 60068-4869
18378246     +Keough & Moody,    1250 E. Diehl Rd,    ste 405,   Naperville, IL 60563-9389
18378248     +Medical Recovery Services,    2250 East Devon,    Suite 352,   Des Plaines, IL 60018-4519
18378249     +Monterey Village III Condominiums,    717 Driftwood Court,    Park Forest, IL 60484-2804
18378251     +Peoples Choice Home Lo,    7525 Irvine Center,    Irvine, CA 92618-3066
18378253     +Resurrection Health,    2001 Butterfield,    #320,   Downers Grove, IL 60515-5466
18378254     +Rnb-fields3/Macy's,    Macy's Bankruptcy Department,    Post Office Box 8053,
               Mason, OH 45040-8053
18378255     +Rosecrance Health Network,    1021 North Mulford Rd,    Rockford, IL 61107-3877
18378256     +State Bank of Illinois,    c/o Clingen & Callow,    2100 Manchester Rd., #1750,
               Wheaton, IL 60187-4579
18378247     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Lexus Financial Services,     Post Office Box 5855,
               Carol Stream, IL 60197)
18378252     +The PrivateBank and Trust Company,    Jeffrey A. Burger,    Jeffrey A. Burger, Attorney at Law,
               428 So. Courtland Ave.,   Park Ridge, IL 60068-4869
18378258     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
               ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,   Frederick, MD 21701)
18378259     +Weslake Country Club,    c/o Keay & Costello,    128 S. County Farm Rd.,   Wheaton, IL 60187-2400
18378260     +Whispering Lakes Property Owners,    c/o David Bendoff, REgistered Agent,
               750 Lake Cook Rd, Suite 350,    Buffalo Grove, IL 60089-2088
18378261      Will County Treasurer,    302 N. Joliet Street,    Joliet, IL 60432

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18378236      E-mail/Text: bankruptcynotices@aurora-il.org Oct 31 2013 00:46:15     City of Aurora,
               P.O. Box 2697,   Aurora, IL 60507-2697
18378238     +E-mail/Text: lbankruptcy@cookcountytreasurer.com Oct 31 2013 00:45:59      Cook County Treasurer,
               118 N. Clark  Room 112,    Chicago, IL 60602-1590
18378239     +E-mail/Text: bankruptcy@edward.org Oct 31 2013 00:46:14     Edward Hospital,    801 S Washington,
               Naperville, IL 60540-7499
18378250     +E-mail/Text: bankrup@aglresources.com Oct 31 2013 00:39:16     Nicor Gas,
               Attention: Bankruptcy Department,    Po Box 190,   Aurora, IL 60507-0190
                                                                                               TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18378235*   ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
            (address filed with court: CitiBusiness,    Attention: Bankruptcy,    Post Office Box 20507,
              Kansas City, MO 64915)
18378257*   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
            (address filed with court: Toyota Motor Credit,    Toyota Financial Services,
              Post office box 8026,   Cedar Rapids, IA 52408)
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: nmolina              Page 2 of 2              Date Rcvd: Oct 30, 2013
                              Form ID: pdf006            Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2013                                    Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2013 at the address(es) listed below:
              Andrew J Nelson    on behalf of Creditor    BANK OF AMERICA, N.A. anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Andrew J Nelson    on behalf of Creditor    JPMorgan Chase Bank National Association
               anelson@atty-pierce.com, northerndistrict@atty-pierce.com
              Jeffrey A Burger    on behalf of Creditor    The PrivateBank and Trust Company
               jburgerlaw@comcast.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter N Metrou    on behalf of Accountant Lois   West met.trustee7@att.net,
               met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
              Peter N Metrou    on behalf of Trustee Peter N Metrou met.trustee7@att.net,
               met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
              Peter N Metrou    met.trustee7@att.net,  met.trustee_backup@att.net,pnmlawyer@aol.com,
               pmetrou@ecf.epiqsystems.com
              Rachael A Stokas    on behalf of Creditor    Wells Fargo Bank, NA. Successor by merger to Wells
               Fargo Home Mortgage, Inc. ND-Two@il.cslegal.com
              Richard L Hirsh    on behalf of Joint Debtor Cheryl Lynn Catalano richala@sbcglobal.net
              Richard L Hirsh    on behalf of Debtor Richard John Catalano, Sr. richala@sbcglobal.net
              Timothy M McLean    on behalf of Creditor    State Bank of Illinois mclean@ccmlawyer.com
              Yanick  Polycarpe    on behalf of Creditor    BANK OF AMERICA, N.A. ypolycarpe@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Yanick  Polycarpe    on behalf of Creditor    JPMorgan Chase Bank National Association
               ypolycarpe@atty-pierce.com,  northerndistrict@atty-pierce.com
                                                                                              TOTAL: 13
```