UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
CATALANO SR., RICHARD JOHN            §    Case No. 12-01749
CATALANO, CHERYL LYNN                 §
                                      §
                                      §
       Debtor(s)                      §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____    By:/s/Peter N. Metrou, Trustee_____
                                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | BAC Home Loan Servicing LP 1800 Tapo Canyon Rd Mail ID #Ca6-914-01-43 Simi Valley, CA 93063 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America P.O. Box 17220 Baltimore, MD 21297-1220 | | | | | |
| | Chase Manhattan Mortgage Attention: Bankruptcy Department Post Office Box 24696 Columbus, OH 43224 | | | | | |
| | Codilis & Assoc. 15W030 North Frontage Rd #100 Willowbrook, IL 60527 | | | | | |
| | Codilis & Assoc. 15W030 North Frontage Rd #100 Willowbrook, IL 60527 | | | | | |
| | Cook County Treasurer 118 N. Clark Room 112 Chicago, IL 60602 | | | | | |
| | First National Bank of Hot Springs Post Office Box 22090 Hot Springs National Park, AR 71903 | | | | | |
| | Harris Bank/Chrysler Post Office Box 6201 Carol Stream, IL 60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harris na BMO-Harris Bank/Attention: Legal 1100 West Monroe Street Chicago, IL 60603 | | | | | |
| | Jeffrey Burger 428 S. Courtland Avenue Park Ridge, IL 60068 | | | | | |
| | Lexus Financial Services Post Office Box 5855 Carol Stream, IL 60197 | | | | | |
| | PrivateBank 1110 Jorie Blvd. Suite 102 Oak Brook, IL 60523 | | | | | |
| | Toyota Motor Credit Toyota Financial Services Post office box 8026 Cedar Rapids, IA 52408 | | | | | |
| | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 | | | | | |
| | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Whispering Lakes Property Owners c/o David Bendoff, REgistered Agent 750 Lake Cook Rd, Suite 350 Buffalo Grove, IL 60089 | | | | | |
| | Will County Treasurer 302 N. Joliet Street Joliet, IL 60432 | | | | | |
| | Will County Treasurer 302 N. Joliet Street Joliet, IL 60432 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | | | | | |
| PETER N METROU | | | | | |
| POPOWCER KATTEN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express American Express Special Research Post Office Box 981540 El Paso, TX 79998 | | | | | |
| | Chase 201 North Walnut Street De1-1-28 Wilmington, DE 19801 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase 201 North Walnut Street De1-1027 Wilmington, DE 19801 | | | | | |
| | Chase 201 North Walnut Street Wilmington, DE 19801 | | | | | |
| | CitiBusiness Attention: Bankruptcy Po Box 20507 Kansas City, MO 64915 | | | | | |
| | CitiBusiness Attention: Bankruptcy Post Office Box 20507 Kansas City, MO 64915 | | | | | |
| | City of Aurora P.O. Box 2697 Aurora, IL 60507-2697 | | | | | |
| | Edward Hospital 801 S Washington Naperville, IL 60540 | | | | | |
| | First National Bank Credit Card Center Attention: Bankruptcy Department 1620 Dodge St. Stop Code: 3105 Omaha, NE 68175 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Golden Eagle Community Bank PO Box 1930 Woodstock, IL 60098 | | | | | |
| | Keough & Moody 1250 E. Diehl Rd ste 405 Naperville, IL 60563 | | | | | |
| | Medical Recovery Services 2250 East Devon Suite 352 Des Plaines, IL 60018 | | | | | |
| | Monterey Village III Condominiums 717 Driftwood Court Park Forest, IL 60466 | | | | | |
| | Nicor Gas Attention: Bankruptcy Department Po Box 190 Aurora, IL 60507 | | | | | |
| | Peoples Choice Home Lo 7525 Irvine Center Irvine, CA 92618 | | | | | |
| | Resurrection Health 2001 Butterfield #320 Downers Grove, IL 60515 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rnb-fields3/Macy's Macy's Bankruptcy Department Post Office Box 8053 Mason, OH 45040 | | | | | |
| | Rosecrance Health Network 1021 North Mulford Rd Rockford, IL 61107 | | | | | |
| | State Bank of Illinois c/o Clingen & Callow 2100 Manchester Rd., #1750 Wheaton, IL 60187 | | | | | |
| | Weslake Country Club c/o Keay & Costello 128 S. County Farm Rd. Wheaton, IL 60187 | | | | | |
| 000001 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000002A | THE PRIVATEBANK AND TRUST COMPANY | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-01749 | BWB | Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|
| Case Name: | CATALANO SR., RICHARD JOHN | | | Date Filed (f) or Converted (c): | 01/19/12 (f) |
| | CATALANO, CHERYL LYNN | | | 341(a) Meeting Date: | 02/15/12 |
| For Period Ending: | 04/22/14 | | | Claims Bar Date: | 12/17/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 28 Valerosa Lane Hot Springs Village, AR 71909 | 277,000.00 | 0.00 | | 0.00 | FA |
| 2. 23632 Deerchase Lane Naperville, IL 60564 | 400,400.00 | 0.00 | | 0.00 | FA |
| 3. 804 Patricia Elgin, Illinois | 236,000.00 | 0.00 | | 0.00 | FA |
| 4. 5715 South May Street Chicago, Illinois | 18,000.00 | 0.00 | | 0.00 | FA |
| 5. 1825 Lakeshore Drive, Romeville, IL | 213,000.00 | 0.00 | | 0.00 | FA |
| 6. Personal Checking Account at Citibank | 4,336.00 | 0.00 | | 0.00 | FA |
| 7. Miscellaneous Household Goods and Furnishings -- s | 6,454.00 | 0.00 | | 0.00 | FA |
| 8. Miscellaneous books, pictures including | 0.00 | 0.00 | | 0.00 | FA |
| 9. Miscellaneous Wearing Apparel for four adults and | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. Wedding Rings/Engagement Ring/Costume Jewelry | 2,500.00 | 0.00 | | 0.00 | FA |
| 11. Professional photographic equipment; sewing equipm | 500.00 | 0.00 | | 0.00 | FA |
| 12. Country Companies Whole Life Insurance Policy Numb | 28,922.00 | 0.00 | | 29,586.87 | FA |
| 13. IDS Flexible Premium Variable Life Insurance Polic | 20,000.00 | 0.00 | | 0.00 | FA |
| 14. American General Term Life Insurance - Benefits of | 0.00 | 0.00 | | 0.00 | FA |
| 15. SEP IRA | 1,568.15 | 0.00 | | 0.00 | FA |
| 16. River Source Variable Universal Life IV Insurance | 14,187.81 | 0.00 | | 0.00 | FA |
| 17. River Source Succession Select Variable Life Insur | 10,543.52 | 0.00 | | 0.00 | FA |
| 18. RICHARD J. CATALANO TRUST - River Source Variable | 20,060.62 | 0.00 | | 0.00 | FA |
| 19. Country Companies whole life policy; death benefit | 0.00 | 0.00 | | 0.00 | FA |
| 20. Ameriprise One Financial Account | 1,836.00 | 0.00 | | 0.00 | FA |
| 21. Rollover IRA | 3,352.71 | 0.00 | | 0.00 | FA |
| 22. Strategic Portfolio Service Advantage, Rollover IR | 165,654.43 | 0.00 | | 0.00 | FA |
| 23. SEP IRA | 53,504.22 | 0.00 | | 0.00 | FA |
| 24. Equitable Holdings, LLC and subsidary series LLCs | 0.00 | 0.00 | | 0.00 | FA |
| 25. RJC Consulting, Inc. 100% shares (also does busine | 0.00 | 0.00 | | 0.00 | FA |
| 26. Equitable Holdings vs. Curtis Campbell/5715 South | 0.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 17.05c

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 12-01749 | BWB | Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | CATALANO SR., RICHARD JOHN | | | Date Filed (f) or Converted (c): | 01/19/12 (f) |
| | CATALANO, CHERYL LYNN | | | 341(a) Meeting Date: | 02/15/12 |
| | | | | Claims Bar Date: | 12/17/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. possible tax return | 0.00 | 0.00 | | 0.00 | FA |
| 28. 2010-Chrysler Town & Country | 14,267.00 | 0.00 | | 0.00 | FA |
| 29. 2004 Lexus LX IS 430 | 11,617.00 | 0.00 | | 0.00 | FA |
| 30. 1999 Chevy Tahoe | 1,450.00 | 0.00 | | 0.00 | FA |
| 31. 1999 Ford Explorer | 760.00 | 0.00 | | 0.00 | FA |
| 32. Office furniture, printer, computers, fax machine | 4,000.00 | 0.00 | | 0.00 | FA |
| 33. One dog | 0.00 | 0.00 | | 0.00 | FA |
| 34. Household Furniture; couches, bedroom furniture; l | 5,000.00 | 0.00 | | 0.00 | FA |
| 35. Club Solaris Resort/Travel Club purchased 2007 -- | 0.00 | 0.00 | | 0.00 | FA |
| 36. Refund of Taxes paid by Trustee (u) | 0.00 | 0.00 | | 1,314.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,516,913.46 | $0.00 | | $30,900.87 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed, distribution made 12-10-13

Initial Projected Date of Final Report (TFR): 12/15/12    Current Projected Date of Final Report (TFR): 04/01/13

LFORM1    Ver: 17.05c

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-01749 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | CATALANO SR., RICHARD JOHN | | Bank Name: | Congressional Bank |
| | CATALANO, CHERYL LYNN | | Account Number / CD #: | *******8738  Checking Account |
| Taxpayer ID No: | *******6918 | | | |
| For Period Ending: | 04/22/14 | | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/16/12 | 12 | Country Financial Insurance Company<br>1711 GE Road<br>Bloomigton, IL 61704-2286 | | 1129-000 | 29,586.87 | | 29,586.87 |
| 08/20/13 | 36 | IRS | REFUND OF POST-FILING TAXES PD | 1280-000 | 1,314.00 | | 30,900.87 |
| 12/10/13 | 001001 | PETER N METROU<br>123 W. WASHINGTON STREET<br>SUITE 216<br>OSWEGO, IL  60543 | Chapter 7 Compensation/Expense | | | 3,731.39 | 27,169.48 |
| | | | Fees         3,708.69 | 2100-000 | | | |
| | | | Expenses       22.70 | 2200-000 | | | |
| 12/10/13 | 001002 | POPOWCER KATTEN, LTD<br>35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL 60601 | INV 26490, Accountant Fees | 3410-000 | | 984.00 | 26,185.48 |
| 12/10/13 | 001003 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000001, Payment 3.10968% | 7100-000 | | 44.65 | 26,140.83 |
| 12/10/13 | 001004 | The PrivateBank and Trust Company<br>Jeffrey A. Burger<br>Jeffrey A. Burger, Attorney at Law<br>428 So. Courtland Ave<br>Park Ridge, IL 60068 | Claim 000002A, Payment 3.11002% | 7100-000 | | 26,140.83 | 0.00 |

Page Subtotals       30,900.87       30,900.87

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-01749 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | CATALANO SR., RICHARD JOHN | | Bank Name: | Congressional Bank |
| | CATALANO, CHERYL LYNN | | Account Number / CD #: | *******8738 Checking Account |
| Taxpayer ID No: | *******6918 | | | |
| For Period Ending: | 04/22/14 | | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 30,900.87 | 30,900.87 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 30,900.87 | 30,900.87 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 30,900.87 | 30,900.87 | |
| | | | | | | NET | ACCOUNT |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | | Checking Account - ********8738 | | 30,900.87 | 30,900.87 | 0.00 |
| | | | | | ----------------------- | ----------------------- | ----------------------- |
| | | | | | 30,900.87 | 30,900.87 | 0.00 |
| | | | | | ============== | ============== | ============== |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 17.05c

LFORM24